UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MASSACHUSETTS

IN RE:                                                                                  Case No. 23-10887

Snowshoe Millworks LLC                                                   Chapter 11
    Debtor(s)

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICE

Now comes Patrick J. McDonald, Esq. and hereby enters his appearance as counsel for creditor, Stage Point Fund, LLC with respect to the above-captioned case.

                                                                 STAGE POINT FUND, LLC,
                                                                 By Its Attorney,

                                                                 /s/ Patrick J. McDonald
                                                                 Patrick J. McDonald, Esq. (#682912)
                                                                 ROBERTS, CARROLL, FELDSTEIN & PEIRCE, INC.
                                                                 Ten Weybosset Street, 8th Floor
                                                                 Providence, RI   02903
                                                                 401-521-7000 FAX 401-521-1328
                                                                 pmcdonald@rcfp.com

## CERTIFICATION OF SERVICE

The undersigned hereby certifies that a true copy of the within document was filed electronically with the above-captioned Court, and notices of electronic filing were sent to the following persons on **June 6**, **2023**.

- **John Fitzgerald**    USTPRegion01.BO.ECF@USDOJ.GOV
- **Adam J. Ruttenberg**   aruttenberg@beaconlawgroup.com


/s/ Patrick J. McDonald

PJM:jsm
5694-57
(3946390)